**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

FILED

FEB 19 2020

Clerk, U.S. District Court
By: _____ Deputy Clerk

Civil Action No. _20-3058- SAc_

(To be supplied by the court)

_Leon Henderson Askew_____, Plaintiff,

v.

_USP Leavenworth_____,

_USP Health services   Gregory____,

_USP unknown staff_____,

_B.O.P unknow staff c institution__,

_____,

_____,

_____,

_____, Defendant(s).

(List each named defendant on a separate line.)

_____

### PRISONER COMPLAINT

_____

(Rev. 1/30/07)

## A. PARTIES

1. Leon Henderson Askew 37987-013 Hazelton F.C.I
(Plaintiff's name, prisoner identification number, and complete mailing address)
P.o. Box 5000, Bruceton mills, WV 26525

2. USP Leavenworth Health Services Gregory
(Name, title, and address of first defendant)
USP Leavenworth
At the time the claim(s) alleged in this complaint arose, was this defendant acting under color of state law? ✓ Yes ___ No (CHECK ONE). Briefly explain your answer:
worked for B.O.P

3. USP Leavenworth unknown names
(Name, title, and address of second defendant)
USP Leavenworth
At the time the claim(s) alleged in this complaint arose, was this defendant acting under color of state law? ✓ Yes ___ No (CHECK ONE). Briefly explain your answer:
worked for B.O.P

4. B.O.P Employees unknown names ; address
(Name, title, and address of third defendant)

At the time the claim(s) alleged in this complaint arose, was this defendant acting under color of state law? ✓ Yes ___ No (CHECK ONE). Briefly explain your answer:
B.O.P employees

(If you are suing more than three defendants, use extra paper to provide the information requested above for each additional defendant. The information about additional defendants should be labeled "A. PARTIES.")

(Rev. 1/30/07)                    2

## B. JURISDICTION

1.  I assert jurisdiction over my civil rights claim(s) pursuant to:  (check one if applicable)

    ____    28 U.S.C. § 1343 and 42 U.S.C. § 1983 (state prisoners)

    ____    28 U.S.C. § 1331 and *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971) (federal prisoners)

2.  I assert jurisdiction pursuant to the following additional or alternative statutes (if any):

    Negligence, gross negligence, Administrative tort, crime of Attempted murder ¢ conspiracy to cover-up, medical malpratice, cruel ¢ unusual punishment

## C. NATURE OF THE CASE

**BRIEFLY** state the background of your case.  If more space is needed to describe the nature of the case, use extra paper to complete this section.  The additional allegations regarding the nature of the case should be labeled "C. NATURE OF THE CASE."

I was assaulted physically and sexually by USP Leavenworth staff.  "See attachments"

(Rev. 1/30/07)                     3

## D. CAUSE OF ACTION

State concisely every claim that you wish to assert in this action. For each claim, specify the right that allegedly has been violated and state all supporting facts that you consider important, including the date(s) on which the incident(s) occurred, the name(s) of the specific person(s) involved in each claim, and the specific facts that show how each person was involved in each claim. You do not need to cite specific cases to support your claim(s). If additional space is needed to describe any claim or to assert more than three claims, use extra paper to continue that claim or to assert the additional claim(s). The additional pages regarding the cause of action should be labeled "D. CAUSE OF ACTION."

1. Claim One: _____"See Attachments"_____

   Supporting Facts:

(Rev. 1/30/07)                                    4

## E. PREVIOUS LAWSUITS

Have you ever filed a lawsuit, other than this lawsuit, in any federal or state court while you were incarcerated? ___ Yes __✓No (CHECK ONE). If your answer is "Yes," complete this section of the form. If you have filed more than one lawsuit in the past, use extra paper to provide the necessary information for each additional lawsuit. The information about additional lawsuits should be labeled "E. PREVIOUS LAWSUITS."

1. Name(s) of defendant(s) in prior lawsuit:    N/A

2. Docket number and court name:    N/A

3. Claims raised in prior lawsuit:    N/A

4. Disposition of prior lawsuit (for example, is the prior lawsuit still pending? Was it dismissed?):    N/A

5. If the prior lawsuit was dismissed, when was it dismissed and why?    N/A

6. Result(s) of any appeal in the prior lawsuit:    N/A

## F. ADMINISTRATIVE RELIEF

1. Is there a formal grievance procedure at the institution in which you are confined?

   ✓ Yes ___ No (CHECK ONE).

2. Did you exhaust available administrative remedies? ✓ Yes ___ No (CHECK ONE).

please note: governments response in re: Administrative Claim for Damages claim # TRT-NCR-2019-05628 $ 999.999.00 was due Dec 9, 2019 [the government did not respond] a letter of intent/additional damage/change of address was mailed Jan. 19, 2020 [government did not respond] exhabit A.

(Rev. 1/30/07)

## G. REQUEST FOR RELIEF

State the relief you are requesting. If you need more space to complete this section, use extra paper. The additional requests for relief should be labeled "G. REQUEST FOR RELIEF."

I request Damages of $ 25,000,000.°°

Also, I request a temporary injunction of medical expensive expensives to be paid in full by B.O.P while law suit is pending (because of my on going condition with my heart, and, I will be released from B.O.P custody in the near future, I will be needing medical care & follow up upon release.

If it pleases the court, I would like to reserve the amount of Damages to be able to increase the $25,000,000.°° to an upward amount depending on the continue damage and negligence caused by B.O.P personnel.

## DECLARATION UNDER PENALTY OF PERJURY

I declare under penalty of perjury that I am the plaintiff in this action, that I have read this complaint, and that the information in this complaint is true and correct. *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Executed on ___2-12-2020___
                                   (Date)

_____
(Prisoner's Original Signature)

(Rev. 1/30/07)                          8