Leon Henderson Askew
(Name)

37487-013
(Institution Register No.)

F.C.I - Hazelton
P.O. Box 5000, Bruceton Mills, WV 26525
(Current Mailing Address)

FILED

JUN -5 2020

Clerk, U.S. District Court
By: _____ Deputy Clerk

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

Leon Henderson Askew , Plaintiff
(Full and Correct Name)

                    B.
J. Wilson (unit manager), Cordell (safety admin.)
Gregory (INU) health services, John Doe #1
(CO), John Doe #2 (CO), John Doe , Defendants
#3 (CO), John Doe #(A) 4 (CO), and United States.

vs.

CASE NO. 20-3058-SAC
(To be supplied by the Clerk)

AMENDED
CIVIL RIGHTS COMPLAINT
PURSUANT TO 28 U.S.C. 1331

### A. JURISDICTION

1) Leon Henderson Askew , is a resident of Colorado
   (Plaintiff)                              (State of residency prior to
                                            incarceration)

   who presently located at F.C.I - Hazelton, P.O. Box 5000, Bruceton Mills, WV 26525
                                            (Mailing address or place of confinement.)

2) Defendant Gregory (INU)                          is a resident of
              (Name of first defendant)

   Leavenworth, KS                                    , and is employed as
              (City, State)

   Health services                                    , and may be
              (Position and title, if any)

   located at P.O. Box 1000, Leavenworth, KS 66048      . At the time the claim(s) alleged
              (Address for service of process)

   in this complaint arose, was this defendant acting under the color of state law? Yes ☑ No ☐

   If your answer is "Yes", briefly explain: Defendant Gregory worked for

   Federal Bureau of Prison (namely, USP Leavenworth)

XE-2 (F)          CIVIL RIGHTS COMPLAINT (28 U.S.C. §1331)

1

3) Defendant _John Doe #1 Eorre (CO)_____ is a resident of
(Name of first defendant)

_Leavenworth, KS_____, and is employed as
(City, state)

_Correctional Officer (CO)_____, and may be located at
(Position and title, if any)

_P.O. Box 1000, Leavenworth KS 66048_____. At the time the
(Address for service of process)

claim (s) alleged in this complaint arose was this defendant acting under the color of state

law? Yes ☑ No ☐ . If your answer is "Yes", briefly explain:

_John Doe #1 (CO) worked for Federal Bureau of prison_

_(namely USP Leavenworth)_____

(Use the back of this page to furnish the above information for additional defendants.)
" additional defendants on back."

4) Jurisdiction is invoked pursuant to 28 U.S.C. §1331(3). (If you wish to assert jurisdiction

under different or additional statuses, you may list them below.)

_United States_____

_____

## B. NATURE OF THE CASE

1) Briefly state the background of your case:

_I was physically and sexually assaulted by staff at_
_USP-Leavenworth on February 21, 2018._
_The United States placed me in their custody with Gross_
_Negligence and Negligence, with knowing that I was fal_
_sed imprisoned after serving Notice of "fraud on the court"_
_in United states district court District of colorado case No: 11-cr-_
_184-WYD attachment A,B.   and did not remove me from F.B.O.P_
_(USP Leavenworth) as a procedural safeguard proceeding February 21, 2018._
_[Taking me out of harms way.] United states was their supervisor, as to_
_I was under the custody and care of United states government._

XE-2 (F) "suffering injury" CIVIL RIGHTS COMPLAINT (28 U.S.C. §1331)

→ over

4) 3) John Doe #2 (CO), is a resident of
(Defendant)
Leavenworth, KS, and is employed as
(City, State)

Hai correctional Officer (CO), and may be
(Position and title, if any)

located at P.O. Box 1000, Leavenworth, KS 66048. At the time the claim(s) alleged
address for service of process
in this complaint arose, was this defendant acting under the color of state law? ☑yes
if your answer is "yes" briefly explain: Defendant John Doe #2 (CO) worked for Federal
Bureau of prison namely (USP Leavenworth).

5) John Doe #3 (CO), is a resident of
(Defendant)
Leavenworth, KS, and is employed as
(City, State)

correctional Officer (CO), and may be
(position and title, if any)
located at P.O. Box 1000, Leavenworth, KS 66048. At the time the claim(s) allege
(address of service of process)
in this complaint arose, was this defendant acting under the color of state law? ☑yes
if your answer is "yes", briefly explain: Defendant John Doe #3 (CO) worked for federal
Bureau of prison (namely (USP Leavenworth).

6) John Doe #4 (CO), is a resident of
(Defendant)
Leavenworth, KS, an is employed as
(City, State)

correctional Officer (CO) and may be
(Position and title, if any)
located at P.O. Box 1000, Leavenworth, KS 66048. At the time the claim(s) alleged
(address of service of process)
in this complaint arose, was this defendant acting under the color of state law? ☑yes
if your answer is "yes", briefly explain: Defendant John Doe #4 (CO) worked for federal
Bureau of prison (namely USP Leavenworth).

7) United states (Judge Wyle Y. Daniels)
(Defendant)
Denver CO (City, State)
          Judge (position and title)
District court of Eto Colorado

color of law? [☑yes] employed by United states

## C. CAUSE OF ACTION

1) I allege that my claims arise under the following constitutional provisions or laws of the United States and that the following facts form the basis for my allegations: (If necessary you may attach up to two additional pages (8 1/2" x 11") to explain any allegation or to list additional supporting facts.)

A) (1) Count I: Sexual assault. or  cruel and unusual punishment, leading to an attempt of suicide, and suffering from post effects of mental Trauma. (suicide attempt was on    I tryed to hang myself.)

(2) Supporting Facts: (Include all facts you consider important, including names of persons involved, places and dates. Describe exactly how each defendant is involved. State the facts clearly in your own words without citing legal authority or argument.):

On February 21, 2018 a Gregory in Health Services fondled my penis and caressed my buttocks while I was pined down naked by John Doe #1, 2, 3 and 4. (attachment #1.)

B) (1) Count II: physically assaulted attempted murder cruel and unusual punishment, leading to an attempt of suicide, and suffering from post effects of mental Trauma. (attachment #5)

(2) Supporting Facts: On February 21, 2018 a John Doe #1 struck me with a blunt force object in the head (Facial area). (attachment #2,3,4) suffering Emotional and mental and physical trauma.

C) (1) Count III: physical assault cruel and unusual punishment

XE-2 (F)              CIVIL RIGHTS COMPLAINT (28 U.S.C. §1331)

leading to an attempt of suicide, and suffering from post effects and of mental trauma including increase risk of heart attack Diagnosis: RBBB, frequent PVC and LAFB potential → myocardial Fibrosis. (attachment # 2, 3, 4

(2) Supporting Facts: On February 21, 2018 I John Doe # 2, 3 an 4 repeatidly kicked attacked and punched me to "my entire body" while I was on the ground. Please note: my private areas were not violated at this point.

### D. PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF

1) Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to the conditions of your imprisonment?

Yes ☐ No ☑ . If your answer is "Yes", describe each lawsuit. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

    a) Parties to previous lawsuit:

       Plaintiffs: _N/A_

       Defendants: _N/A_

    b) Name of court and docket number _N/A_

    c) Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _N/A_

    d) Issues raised _N/A_

    e) Approximate date of filing lawsuit _N/A_

    f) Approximate date of disposition _N/A_

4

XE-2 (F)         CIVIL RIGHTS COMPLAINT (28 U.S.C. §1331)

## E.  ADMINISTRATIVE RELIEF

1)  Have you presented all grounds for relief raised in this complaint by way of BP-9,

BP-10, and BP-11 grievances? Yes ☐ No ☑.

2)  If your answer to (1) is "Yes", state the date of disposition, result and reasons given

for the administrative decision ____N/A_____

_____

3)  If your answer to (1) is "No", list each ground not fully presented through the

administrative grievance process and explain why it was not __N/A__ The

administrative grievance cannot offer relief for compensatory damages,
personal injury, negligence, attempted murder, assault and sexual assault, and conspiracy (cover-up)

4)  Describe all other procedures you have used (such as tort claim or Parole

Commission administrative appeals procedures) to exhaust administrative remedies as

to each issue raised. _Federal tort claim_____

_____

## F.  REQUEST FOR RELIEF

5)  I believe that I am entitled to the following relief:

These events were very serious leaving an increase risk of death
as to abnormal EKG     and attempt of suicide. I believe I am entitled
to $25,000,000 for damages suffered.

_Leon Henderson (as)_

| _____ | _____ |
| Signature of Attorney (if any) | Signature of Petitioner |

_____

_____

_____

(Attorney's full address and telephone number)

5

XE-2 (F)          CIVIL RIGHTS COMPLAINT (28 U.S.C. §1331)